IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VIRGINIA VIGIL, as Wrongful Death Personal
Representative of Jesse Vigil, Jr., Deceased,**

    **Plaintiff,**

v.                                                No. CIV-15-0311 MV/LAM

**BOARD OF COUNTY COMMISSIONERS OF
OTERO COUNTY, et al.,**

    **Defendants.**

## **ORDER REGARDING ATTENDEES AT SETTLEMENT CONFERENCE**

A settlement conference has been scheduled in this case for **Monday, November 16, 2015 at 10:00 a.m., at the United States Courthouse, 100 N. Church St., Picacho Courtroom (4th Floor - South Tower), Las Cruces, New Mexico. No later than Monday, November 9, 2015**, each party shall provide me a list of every person who will attend the settlement conference. Each person attending the settlement conference **must** have a *photo ID* with them to show to the security officers when they enter the Court. It goes without saying that no weapons or contraband can be brought into the courthouse. The parties are to submit the lists of attendees *by e-mail* to lmproposedtext@nmcourt.fed.us.

    IT IS SO ORDERED.

                                                      **LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**