IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VIRGINIA VIGIL, as Wrongful Death Personal Representative of Jesse Vigil, Jr., Deceased,**

    **Plaintiff,**

v.                                                             No. CIV-15-0311 MV/LAM

**BOARD OF COUNTY COMMISSIONERS OF OTERO COUNTY, et al.,**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS AS A RESULT OF SETTLEMENT

A settlement conference was held in this case on November 16, 2015, and the case settled.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Wednesday, December 16, 2015,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**